UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID ROSINIA AND * | | CIVIL ACTION |
| MARY ROSINIA * | | NO.: 06-6315 |
| * | | |
| versus * | | SECTION "J" |
| * | | HON. CARL J. BARBIER |
| LEXINGTON INSURANCE COMPANY, * | | |
| CENTRAL CLAIMS SERVICE, INC., * | | MAG. DIV. "5" |
| AND INTEGRITY ADJUSTERS, LLC * | | HON. ALMA L. CHASEZ |
| * | | |
| * * * * * * * | | |

### L.S.A-R.S. 22:1471.1 STATEMENT

NOW INTO COURT, through undersigned counsel, come plaintiffs, David and Mary Rosinia and defendant, Lexington Insurance Company, who, pursuant to L.S.A.-R.S. 22:1471.1, submit the following statement regarding the coverages available payments made to the plaintiffs by Lexington pursuant to the terms of the policy issued to the plaintiffs by Lexington identified by Policy No. LE 0520829 03, for damages sustained to the insured premises as a result of Hurricane Katrina.

| **TYPE OF COVERAGE** | **COVERAGE AMOUNT** | **AMOUNT PAID** |
|---|---|---|
| Dwelling | $210,500 | $150,305.77 |
| Other structures | $21,500 | $1,057.18 |
| Contents | $105,250.00 | $75,754.56 |
| ALE | $42,100 | $35,380.00 |
| | **TOTAL PAID** | **$262,497.51** |

Respectfully submitted,

_____
LEO R. McALOON, III (#19044)
DANIEL G. RAUH (# 27280)
ROBERT I. SIEGEL (#12063)
**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
Suite 4800 - One Shell Square
701 Poydras Street
New Orleans, LA 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
COUNSEL FOR LEXINGTON INSURANCE
COMPANY

- AND -

_____
ROBERT G. HARVEY, SR. (NO. 18615)
2609 Canal Street
New Orleans, Louisiana 70119-6456
Telephone: 504-822-2136
Facsimile: 504-822-2179
COUNSEL FOR PLAINTIFFS DAVID AND
MARY ROSINIA

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of September 2007, served a copy of the foregoing pleading counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
LEO R. McALOON, III

Page -2-